AO 442 (Rev. 11/11) Arrest Warrant

USMS# 01815-510

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Linwood Alan Robinson Sr.

_____
Defendant

)
) Case: 1:22-mj-00110
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 5/16/2022
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To:      Any authorized law enforcement officer

  YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Linwood Alan Robinson Sr.     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: _____05/16/2022_____

[signature] 2022.05.16 17:15:12 -04'00'
*Issuing officer's signature*

City and state:     Washington, D.C.        Robin M. Meriweather, U.S. Magistrate Judge
                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 5-17-2022, and the person was arrested on *(date)* 05-19-2022
at *(city and state)* Fort Mill, SC.

Date: 05-19-2022

Arrested by S/A Chuck Haynes, FBI
*Arresting officer's signature*

By: Bonnie Walters, Records Examiner Analyst
*Printed name and title*