**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v.  )<br>)<br>**LINWOOD ALANR ROBINSON, SR.,** )<br>**LINWOOD ALAN ROBINSON II,** )<br>**BENJAMIN SCOTT ROBINSON** )<br>)<br>   **and** )<br>)<br>**BRITTANY NICOLE ROBINSON** )<br>)<br>   **Defendants.** ) | **Crim. Action No. 22-0251 (ABJ)** |

**NOTICE OF FILING REPORT
AND RECOMMENDATION OF CONFLICT COUNSEL**

In compliance with the Court's August 5, 2022 Order (Dkt. 33), conflict counsel notifies the parties that he filed today a Report and Recommendation to the Court *ex parte* and under seal.

Dated: August 26, 2022                 Respectfully submitted,

                                                                 s/
                                              Christopher B. Mead
                                              Schertler Onorato Mead & Sears
                                              555 13TH St., N.W. 500 West
                                              Washington, DC 20004
                                              T: (202) 628-4199
                                              F: (202) 628-4177
                                              cmead@Schertlerlaw.com